J. SCOTT GERIEN, State Bar No. 184728
CHRISTOPHER J. PASSARELLI, State Bar No. 241174
DICKENSON, PEATMAN & FOGARTY
1455 First Street, Suite 301
Napa, California 94559
Telephone: (707) 252-7122
tmltg@dpf-law.com

JOHN D. MASON, (admitted *pro hac vice*)
COPYRIGHT COUNSELORS, LLC
7315 Wisconsin Ave., Ste. 400 West
Bethesda, MD 20814
Telephone: (888) 313-3637
jmason@copyrightcounselors.com

Attorneys for Plaintiff,
SMITH-ANDERSON ENTERPRISES, INC.

RACHEAL TURNER (State Bar No. 226441)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
rturner@fbm.com

Attorneys for Defendants
BOSTON EAST TYNGSBORO HOLDINGS LLC, d/b/a
STONEHEDGE INN & SPA; BOSTON EAST INDIA
HOTELS LLC; STONEHEDGE CELLARS LLC

GRANTED

Judge Edward M. Chen

Dated:  May 17, 2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH-ANDERSON ENTERPRISES, INC, <br><br> Plaintiff, <br><br> vs. <br><br> BOSTON EAST TYNGSBORO HOLDINGS, LLC, d/b/a STONEHEDGE INN & SPA; BOSTON EAST INDIA HOTELS, LLC; STONEHEDGE CELLARS, LLC; and BENCHMARK WINE GROUP, INC. <br><br> Defendants. | CASE NO. 16-CV-01361-EMC <br><br> **STIPULATED REQUEST TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS** |

STIPULATED REQUEST TO EXTEND          1          Case No. 16-CV-01361-EMC
DEADLINE TO RESPOND TO MOTION TO
DISMISS

FOR GOOD CAUSE, pursuant the Hon. Edward M. Chen's instruction that the parties engage in additional meet-and-confer efforts regarding Plaintiff's Motion to Change Time For Briefing on (1) Defendants' Motion to Dismiss and (2) Plaintiff's Motion for Jurisdictional Discovery (ECF-32), the parties stipulate to extend today's deadline for Plaintiff to respond to Defendants' Motion to Dismiss (ECF-25) for one week, to afford the parties the opportunity to confer and inform the court accordingly of the outcome of such discussion.

In the event that the parties remain unable reach an agreement regarding a modified briefing schedule, the parties will so notify the Court and in that event, shall respectfully request that the Court proceed to schedule a conference call between the parties, as directed by the Hon. Edward M. Chen.

Respectfully submitted,

Dated: May 16, 2016          DICKENSON, PEATMAN & FOGARTY

By _____/s/ Christopher J. Passarelli_____
J. Scott Gerien
Christopher J. Passarelli

Attorneys for Plaintiff,
SMITH-ANDERSON ENTERPRISES, INC.

Dated: May 16, 2016          FARELLA BRAUN + MARTEL LLP

By _____/s/ Racheal Turner_____
Racheal Turner

Attorneys for Defendants,
BOSTON EAST TYNGSBORO
HOLDINGS LLC, d/b/a STONEHEDGE
INN & SPA; BOSTON EAST INDIA
HOTELS LLC; STONEHEDGE CELLARS LLC