1    J. SCOTT GERIEN, State Bar No. 184728
     CHRISTOPHER J. PASSARELLI, State Bar No. 241174
2    DICKENSON, PEATMAN & FOGARTY
     1455 First Street, Suite 301
3    Napa, California 94559
     Telephone: (707) 252-7122
4    tmltg@dpf-law.com

5    JOHN D. MASON (admitted *pro hac vice*)
     COPYRIGHT COUNSELORS, LLC
6    7315 Wisconsin Ave., Ste. 400 West
     Bethesda, MD 20814
7    Telephone: (888) 313-3637
8    jmason@copyrightcounselors.com

9    Attorneys for Plaintiff,
     SMITH-ANDERSON ENTERPRISES, INC.

10
     RACHEAL TURNER (State Bar No. 226441)
11   FARELLA BRAUN + MARTEL LLP
     235 Montgomery Street, 17th Floor
12   San Francisco, CA 94104
     Telephone: (415) 954-4400
13   rturner@fbm.com

14
     JEFFREY D. TALBERT (admitted *pro hac vice*)
15   STEVEN D. WILSON (admitted *pro hac vice*)
     BENJAMIN S. PIPER (admitted *pro hac vice*)
16   PRETI FLAHERTY BELIVEAU & PACHIOS LLP
     One City Center, P.O. Box 9546
17   Portland, ME 04112
18   jtalbert@preti.com

19   Attorneys for Defendants
     BOSTON EAST TYNGSBORO HOLDINGS LLC, d/b/a
20   STONEHEDGE INN & SPA; BOSTON EAST INDIA
     HOTELS LLC; STONEHEDGE CELLARS LLC
21

22                     UNITED STATES DISTRICT COURT

23                    NORTHERN DISTRICT OF CALIFORNIA

24

25

26

27   STIPULATION TO MODIFIED BRIEFING           1                    Case No. 16-CV-01361-EMC
     SCHEDULE ON (1) MOTION TO DISMISS
28   AND (2) MOTION FOR JURISDICTIONAL
     DISCOVERY

SMITH-ANDERSON ENTERPRISES, INC,

Plaintiff,

vs.

BOSTON EAST TYNGSBORO HOLDINGS LLC, d/b/a STONEHEDGE INN & SPA; BOSTON EAST INDIA HOTELS LLC; STONEHEDGE CELLARS LLC; and BENCHMARK WINE GROUP, INC.

Defendants.

CASE NO. 16-CV-01361-EMC

**STIPULATION TO MODIFIED BRIEFING SCHEDULE ON (1) DEFENDANTS' MOTION TO DISMISS AND (2) PLAINTIFF'S MOTION FOR JURISDICTIONAL DISCOVERY**

FOR GOOD CAUSE, pursuant to the Hon. Edward M. Chen's instruction that the parties engage in additional meet-and-confer efforts regarding Plaintiff's Motion to Change Time For Briefing on (1) Defendants' Motion to Dismiss (ECF-25) and (2) Plaintiff's Motion for Jurisdictional Discovery (ECF-32), the parties stipulate to modify the corresponding motion briefing schedules as follows:

(1) The parties request that the Court vacate the current May 23, 2016 deadline on Smith-Anderson's opposition to Defendants' Motion to Dismiss ("Motion to Dismiss") and extend the briefing schedule; and

(2) The parties request that the Court modify the time for the briefing of the Motion for Leave to Seek Jurisdictional Discovery ("Motion for Jurisdictional Discovery") of Defendants Boston East Tyngsboro Holdings LLC, d/b/a Stonehedge Inn & Spa, Boston East India Hotels LLC and Stonehedge Cellars LLC (hereinafter collectively, "Stonehedge Defendants").

As Smith-Anderson is seeking jurisdictional discovery, the parties ask that the Court vacate the current due date of May 23, 2016 for Smith-Anderson's opposition brief to the Stonehedge Defendants' Motion to Dismiss. Further, the parties request that the Court set new deadlines for Smith-Anderson's Opposition to Defendants' Motion to Dismiss after ruling on Smith-Anderson's Motion for Jurisdictional Discovery as follows: (1) that if jurisdictional

STIPULATION TO MODIFIED BRIEFING SCHEDULE ON (1) MOTION TO DISMISS AND (2) MOTION FOR JURISDICTIONAL DISCOVERY

2

Case No. 16-CV-01361-EMC

1  discovery is granted, Smith-Anderson's opposition brief to the Stonehedge Defendants' Motion to

2  Dismiss be due 14 days after the completion of jurisdictional discovery; or (2) if jurisdictional

3  discovery is denied, that Smith-Anderson's opposition brief be due 14 days after the order

4  denying jurisdictional discovery.

5      The parties respectfully request that the notice period under the Local Rules be shortened

6  relative to Plaintiff's Motion for Jurisdictional Discovery, and that the Stonehedge Defendants'

7  opposition to this Motion be due on Friday, May 27, 2016, and that Smith-Anderson's Reply brief

8  be due on Friday, June 3, 2016. The parties respectfully request that to the extent the Court would

9  like hearing on this matter to schedule it for soon thereafter.

10     Prior to this stipulation, the parties have made the following stipulated requests for time

11  modifications, all of which have been granted by the Court: (1) extending time for Benchmark

12  Wine Group, Inc. to respond to the complaint by 10 days after the Court rules on the Stonehedge

13  Defendants' Motion to Dismiss (ECF-29); (2) the Court's own rescheduling the case management

14  conference and related dates due to the parties' declination to proceed with Magistrate (ECF-14);

15  and (3) the parties' Stipulated Request to Extend Deadline to Respond to Motion to Dismiss by

16  seven (7) days (ECF-33).

17

18                                    Respectfully submitted,

19  Dated: May 23, 2016              DICKENSON, PEATMAN & FOGARTY

20

21                              By _____*/s/ Christopher J. Passarelli*_____
                                      J. Scott Gerien
22                                    Christopher J. Passarelli

23                                    Attorneys for Plaintiff,
                                      SMITH-ANDERSON ENTERPRISES, INC.
24

25

26

27  STIPULATION TO MODIFIED BRIEFING        3                        Case No. 16-CV-01361-EMC
    SCHEDULE ON (1) MOTION TO DISMISS
28  AND (2) MOTION FOR JURISDICTIONAL
    DISCOVERY

1

2

3    Dated: May 23, 2016                    PRETI FLAHERTY BELIVEAU & PACHIOS LLP

4

5

6                                    By _____ /s/ Jeffrey D. Talbert_____
                                           Jeffrey D. Talbert
7                                          Steven D. Wilson
                                           Benjamin S. Piper
8
                                     Attorneys for Defendants,
9                                    BOSTON EAST TYNGSBORO
                                     HOLDINGS LLC, d/b/a STONEHEDGE
10                                   INN & SPA; BOSTON EAST INDIA
11                                   HOTELS LLC; STONEHEDGE CELLARS LLC

12             **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

13         Pursuant to Civil Local Rule 5-1, I hereby attest that I have obtained concurrence of the

14    above noted signatories as indicated by a "conformed" signature (/s/) within this e-filed

15    document.
16

17

18    Dated: May 23, 2016              By_____ /s/ Christopher J. Passarelli_____
                                              Christopher J. Passarelli
19

20                                        Attorneys for Plaintiff,
                                          SMITH-ANDERSON ENTERPRISES, INC.
21

22                             **[PROPOSED] ORDER**

23    PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on Plaintiff's motion for
                                                   jurisdictional discovery (Docket No. 31)
24    Dated: _____May 27_____, 2016                shall be held on June 21, 2016, at 1:30 pm
                                     HONORABLE EDWARD M. CHEN
25                                   UNITED STATES DISTRICT JUDGE
                                     IT IS SO ORDERED
26                                   MODIFIED

27    STIPULATION TO MODIFIED BRIEF                        Case No. 16-CV-01361-EMC
      SCHEDULE ON (1) MOTION TO DIS    Judge Edward M. Chen
28    AND (2) MOTION FOR JURISDICTIONAL
      DISCOVERY