J. Scott Gerien (State Bar No. 184728)
Christopher J. Passarelli (State Bar No. 241174)
DICKENSON, PEATMAN & FOGARTY
1455 First Street, Suite 301
Napa, California 94559
Telephone: (707) 252-7122
tmltg@dpf-law.com

John D. Mason (admitted *pro hac vice*)
COPYRIGHT COUNSELORS, LLC
7315 Wisconsin Ave., Ste. 400 West
Bethesda, MD 20814
Telephone: (888) 313-3637
jmason@copyrightcounselors.com

Attorneys for Plaintiff
SMITH-ANDERSON ENTERPRISES, INC.

Racheal Turner (State Bar No. 226441)
rturner@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Jeffrey D. Talbert (admitted *pro hac vice*)
Stephen D. Wilson (admitted *pro hac vice*)
Benjamin S. Piper (admitted *pro hac vice*)
jtalbert@preti.com
swilson@preti.com
bpiper@preti.com
PRETI FLAHERTY BELIVEAU &
PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112
Telephone: (207) 791-3000
Facsimile: (207) 791-3111

Attorneys for Defendants
BOSTON EAST TYNGSBORO
HOLDINGS LLC, d/b/a
STONEHDEGE INN & SPA;
BOSTON EAST INDIA HOTELS
LLC; STONEHEDGE CELLARS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH-ANDERSON ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON EAST TYNGSBORO HOLDINGS LLC, d/b/a STONEHDEGE INN & SPA; BOSTON EAST INDIA HOTELS LLC; STONEHEDGE CELLARS LLC; and BENCHMARK WINE GROUP INC.<br><br>Defendants. | Case No.  3:16-CV-01361-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY HEARING DATE ON PLAINTIFF'S MOTION FOR JURISDICTIONAL DISCOVERY** |

1   FOR GOOD CAUSE, the parties stipulate to modify the date of hearing on Plaintiff
2   Smith-Anderson Enterprises, Inc.'s ("Smith Anderson") Motion for Leave to Conduct Expedited
3   Jurisdictional Discovery (ECF No. 31).  The Court scheduled the hearing on the motion for June
4   21, 2016.  Lead counsel for Boston East Tyngsboro Holdings LLC, d/b/a Stonehedge Inn & Spa,
5   Boston East India Hotels LLC, and Stonehedge Cellars LLC (the "Stonehedge Defendants"), who
6   will be handling the hearing for the Stonehedge Defendants, had a previously scheduled
7   commitment to be out of the country on a client matter on that date.

8   Counsel for Stonehedge Defendants contacted the Court's Courtroom Deputy and was
9   told that Thursday, June 30 at 1:30 p.m. is available for a hearing.  The parties are available for a
10  hearing at that date and time.  Accordingly, the parties respectfully request that the Court modify
11  the date of hearing on Smith-Anderson's Motion for Leave to Conduct Expedited Jurisdictional
12  Discovery to Thursday, June 30.

13  Prior to this stipulation, the parties have made the following stipulated requests for time
14  modifications, all of which have been granted by the Court: (1) extending time for Benchmark
15  Wine Group, Inc. to respond to the complaint by 10 days after the Court rules on the Stonehedge
16  Defendants' Motion to Dismiss (ECF No. 29); (2) extending time for Smith-Anderson to respond
17  to the Stonehedge Defendants' Motion to Dismiss by seven days (ECF No. 33); and (4)
18  modifying the briefing schedule on Defendants' Motion to Dismiss and Plaintiff's Motion for
19  Jurisdictional Discovery.

20
21
22
23
24
25
26
27
28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. TO MODIFY HR'G DATE ON PL.'S
MOT. FOR JURISDICTIONAL DISC. / Case
No.  3:16-CV-01361-EMC

- 2 -

33092\5483797.1

10619567.1

| | |
|---|---|
| Dated: June 10, 2016 | Respectfully submitted, |
| | PRETI FLAHERTY BELIVEAU & PACHIOS, LLP |
| | By: /s/ Benjamin S. Piper |
| |      Benjamin S. Piper |
| | Attorneys for Defendants BOSTON EAST TYNGSBORO HOLDINGS LLC, d/b/a STONEHDEGE INN & SPA; BOSTON EAST INDIA HOTELS LLC; STONEHEDGE CELLARS LLC |
| Dated June 10, 2016 | COPYRIGHT COUNSELORS, LLC |
| | By: /s/ John D. Mason |
| |      John D. Mason |
| | Attorneys for Plaintiff SMITH-ANDERSON ENTERPRISES, INC. |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I attest that I have obtained concurrence to file this stipulation from counsel for Plaintiff Smith-Andersons.

| | |
|---|---|
| Dated: June 10, 2016 | Respectfully submitted, |
| | PRETI FLAHERTY BELIVEAU & PACHIOS, LLP |
| | By: /s/ Benjamin S. Piper |
| |      Benjamin S. Piper |

**[~~PROP~~OSED] ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED** that the hearing date on Smith Anderson") Motion for Leave to Conduct Expedited Jurisdictional Discovery shall be on Thursday, June 30 at 1:30 p.m.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO MODIFY HR'G DATE ON PL.'S MOT. FOR JURISDICTIONAL DISC. / Case No. 3:16-CV-01361-EMC — - 3 - — 33092\5483797.1

10619567.1

1
2  Dated: _____6/13_____, 2016
3  _____
   HONORABLE _____
4  UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Edward M. Chen

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO MODIFY HR'G DATE ON PL.'S
MOT. FOR JURISDICTIONAL DISC. / Case
No. 3:16-CV-01361-EMC

- 4 -

33092\5483797.1

10619567.1